NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brittany Everts,<br><br>                Plaintiff,<br><br>v.<br><br>Sushi Brokers LLC, *et al.*,<br><br>                Defendants. | No. CV-15-02066-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal of Defendant Sushi Brokers, LLC, with Prejudice (Doc. 110), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 110). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Court has continuing jurisdiction over the matter with regard to resolution of Plaintiff's attorneys' fees and costs request.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 29th day of November, 2017.

Honorable John J. Tuchi
United States District Judge