James E. Shively, 11712
BALL, SANTIN & MCLERAN, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400 - Telephone
(602) 840-4411 - Facsimile
Shively@bsmplc.com
Attorneys for Garnishee

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BRITTANY EVERTS, an individual,<br><br>    Plaintiff(s)/<br>    Judgment Creditor(s),<br><br>vs.<br><br>SUSHI BROKERS, LLC,<br><br>    Defendant(s)/<br>    Judgment Debtor(s).<br><br>BANK OF AMERICA, N.A.,<br><br>    Garnishee. | NO. 2:-15-CV-02066-PHX-JJT<br><br>**ANSWER TO WRIT OF GARNISHMENT**<br><br>**(Non-Earnings)** |

Bank of America, N.A. (hereinafter "Garnishee"), by and through undersigned counsel, answers the Writ of Garnishment served on December 12, 2018, as follows:

1. Garnishee states that at the time of service of the Writ, there stood upon its books the following account(s):

| Name | Balance |
|---|---|
| Sushi Brokers, LLC | $6,654.32 |

2. Garnishee is holding the amount of $6,379.32 subject to the orders of the Court. This amount is the remaining after setting off the Garnishee's processing fee of $125.00 and the Garnishee's attorneys' fees of $150.00, pursuant to the Deposit Agreement and Disclosures.

3. Garnishee further states that, except as stated above, at the time of service of said writ in Maricopa County, (I) it was not indebted to Judgment Debtor(s) in any amount; (ii) it did not have any personal property of Judgment Debtor(s) in its possession; (iii) it does not know of any person(s) who are indebted or have personal property belonging to Judgment Debtor(s); and (iv) that Judgment Debtor(s) does not own any shares of the capital stock of the Garnishee or have any other interest in Garnishee.

4. Garnishee's address and telephone number are:

> Bank of America, N.A.
> 800 Samoset Drive
> Newark, Delaware 19713
> Attention: Customer Service
> Telephone: 213-580-0702

5. Garnishee mailed copies of the Writ and Summons, the underlying Judgment, the Notice to Judgment Debtor(s), and the Request for Hearing on December 12, 2018, to Judgment Debtor(s) at the following address:

> Sushi Brokers, LLC
> 17025 N. Scottsdale Road, Suite 190
> Scottsdale, Arizona 85255

WHEREFORE, Garnishee respectfully requests that the Court enter such orders as are proper and that the Court discharge Garnishee on the answer.

DATED this 18 day of December, 2018.

BALL, SANTIN & MCLERAN, P.L.C.

By _____
James E. Shively
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
Attorneys for Bank of America, N.A.

Copy of the foregoing mailed via first class mail this 18 day of December, 2018, to:

1  Nisah Noroian
   Michael Pulton
2  Pulton & Noroian, PLLC
   4601 N. 7th Ave., Suite 100
3  Phoenix, Arizona 85013

4  Sushi Brokers, LLC
   17025 N. Scottsdale Road, Suite 190
5  Scottsdale, Arizona 85255

*[signature]*

S:\GLW\BA\GARNISHMENTS\Answers\1805.021\5500\5745.Sushi Brokers.wpd

BALL, SANTIN & MCLERAN, P.L.C.
2999 NORTH 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

# VERIFICATION

STATE OF DELAWARE )
) ss.
County of New Castle )

Jose Guina, being first duly sworn, deposes and says that he is an Associate of Bank of America, N.A. and as such has read the foregoing Answer to Writ of Garnishment, knows the contents therein made on information and belief, which statements he believes to be true.

_____
JOSE GUINA

Subscribed and sworn to (or affirmed) before me this 12 day of December, 2018, by Jose Guina, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

My Commission Expires:

5-7-20

CRYSTAL A DEZZI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 7, 2020

S:\GLW\BA\GARNISHMENTS\Answers\1805.021\5500\5745.Sushi Brokers.wpd

BALL, SANTIN & MCLERAN, P.L.C.
2999 NORTH 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400